

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2015

No. 04-15-00253-CV

In the Interest of **N.I.V.S.** & M.C.V.S., Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-04420
Honorable Gloria Saldaña, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so ORDERED on November 10, 2015.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2015.

Keith E. Hottle, Clerk